

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00191-CV

**IN THE ESTATE** of Mitchell Boyd **WILSON**, Deceased,

From the County Court, Edwards County, Texas
Trial Court No. 1171
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee, Alex Wilson, Independent Executor of the Estate of Mitchell Boyd Wilson, recover his costs of this appeal from Appellant Tamara Wilson.

SIGNED August 27, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice